AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

## Middle District of Alabama

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

DAVID A. WRAY

Case No.    2:04CR166-MEF-01

USM No.    11503-002

Stephen P. Ganter
_____
Defendant's Attorney

**THE DEFENDANT:**

X    admitted guilt to violation of condition(s)    1 and 2 of violations report    of the term of supervision.

☐    was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Failure to Complete Inpatient Drug Treatment Program | 1/12/2010 |
| 2. | Failure to Obey Orders of Police | 2/3/2010 |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐    The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: _7936_

Defendant's Year of Birth:    _1983_

City and State of Defendant's Residence:
    Montgomery, Alabama

March 10, 2010
_____
Date of Imposition of Judgment

_____
Signature of Judge

MARK E. FULLER, CHIEF U.S. DISTRICT JUDGE
Name and Title of Judge

_11 March 2010_
_____
Date

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

DEFENDANT:      DAVID A. WRAY                     Judgment — Page    2    of    3
CASE NUMBER:    2:04CR166-MEF-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

Sixty (60) months.  The sentence is imposed outside the advisory guideline range because of defendant's failure to successfully complete or stay with programs without having violated the terms of supervised release between the dates of February 6th, 2009, and today's date.  In addition, this sentence will allow defendant the opportunity to participate in an intensive residential substance

abuse treatment program while incarcerated in the Bureau of Prisons.

   X    The court makes the following recommendations to the Bureau of Prisons:

       The Court recommends that defendant be designated to a facility within the Bureau of Prisons whereby defendant can participate in an in-patient residential intensive drug treatment program.

   X    The defendant is remanded to the custody of the United States Marshal.

   ☐    The defendant shall surrender to the United States Marshal for this district:

       ☐    at  _____  ☐  a.m.    ☐  p.m.    on  _____  .

       ☐    as notified by the United States Marshal.

   ☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

       ☐    before 2 p.m. on  _____  .

       ☐    as notified by the United States Marshal.

       ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on  _____  to  _____

at  _____  with a certified copy of this judgment.


_____

UNITED STATES MARSHAL


By  _____

DEPUTY UNITED STATES MARSHAL

AO 245D     (Rev. 12/07) Judgment in a Criminal Case for Revocations
              Sheet 2A — Imprisonment

Judgment—Page     3     of     3

DEFENDANT:        DAVID A. WRAY
CASE NUMBER:      2:04CR166-MEF-01

## ADDITIONAL IMPRISONMENT TERMS

To reflect the seriousness of the offense, to promote respect for the law, to provide just punishment for the offense, and to afford adequate deterrence to criminal conduct and to protect the public from any further crimes of the defendant.